# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Evan T. Edwards
Brazee Law Firm
2901 Johnston Street, Ste 206
Lafayette LA 70503

James L. Brazee, Jr.
Brazee, Cormier & Gallaspy
2901 Johnston St., #206
Lafayette LA 70503

## REHEARING ACTION: January 25, 2017

**Docket Number: 16   00503-CA**

**SUCCESSION OF JOE ANDY MCKINLEY**

**Appealed from Lafayette Parish Case No. P-20140058**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kevin Jay McKinley** has this day been

    **DENIED.**

cc: Theodore Glenn Edwards, IV, Counsel for the Appellee